### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, )<br>on behalf of themselves and others )<br>similarly situated, )<br> )<br>    Plaintiffs, )<br> )<br>vs. )<br> )<br>STEAK N SHAKE OPERATIONS, INC. )<br>(an Indiana Corporation) )<br> )<br>    Defendant. ) | Case no.: 4:14-cv-1535 |

### PLAINTIFFS' *UNOPPOSED* MOTION
### TO DISMISS COUNT III WITH PREJUDICE

COMES NOW the Plaintiffs, by and through their counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(2) hereby moves this Court for an order dismissing Count III of the Complaint (Doc. #1) alleging a violation of the Equal Pay Act.

Counsel for Defendant has been contacted regarding this Motion and is not opposed to request made herein.  The dismissal will be with prejudice with each side bearing its own costs.

WHEREFORE, the Plaintiffs respectfully request that this Court grant this Motion and dismiss with prejudice Count III of the Plaintiffs' Complaint with each side to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Brendan J. Donelon* | Daniel W. Craig, MO #43883 |
| Brendan J. Donelon, MO #43901 | 6614 Clayton Rd., #320 |
| 420 Nichols Road, Suite 200 | St. Louis, Missouri 63117 |
| Kansas City, Missouri 64112 | Tel:    (314) 297-8385 |
| Tel:    (816) 221-7100 | Fax:   (816) 709-1044 |
| Fax:   (816) 709-1044 | dan@donelonpc.com |
| brendan@donelonpc.com | |
| | ATTORNEYS FOR PLAINTIFFS |

## Certificate of Service

Plaintiffs hereby certify that a true and correct copy of the foregoing was sent on November 7, 2016 to the following Defense counsel of record email addresses per the requirements of this Courts CM/ECF practices and procedures.

Kimberly A. Yates
Andrew C. Johnson
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO 63102
Telephone: 314.659.2000
Facsimile: 314.659.2099
kyates@littler.com
anjohnson@littler.com

Attorneys for Defendant