## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case no.: 4:14-cv-1535 |
| STEAK N SHAKE OPERATIONS, INC. (an Indiana Corporation) ) ) ) | |
| Defendant. ) | |

### CONSENT MOTION TO DISMISS CERTAIN
### OPT-IN PLAINTIFFS WITHOUT PREJUDICE

COME NOW the Plaintiffs, by and through their counsel of record, and hereby move this Court for an order to dismiss the following nine opt-ins from this matter without prejudice.  From the pay data produced by the Defendant in this matter, these following persons were not employed in the "Manager" position at issue in this case within three years of the filing of their consent to join forms, and therefore, under the FSLA fall outside the statute of limitations.

| Last Name | First Name |
|---|---|
| Bray | Drew |
| Candies | LaKisha |
| Douglas | James Lee |
| Ginn | Derrick |
| Hogan | Marie |
| Nance | Bradley |
| Throgmorton | Dustin |
| Vincent | Anmad |
| West, Jr. | Roy Lee |

1

2

On December 7, 2016, counsel for Plaintiffs sent each of these persons a letter informing them of this fact, the dates involved, and invited them to challenge the information if they believed it was incorrect.  None of these persons responded.  Defendant is not opposed to the request made hereing.

WHEREFORE, the Plaintiffs respectfully request that these nine persons be dismissed from this matter without prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Brendan J. Donelon* | Daniel W. Craig, MO #43883 |
| Brendan J. Donelon, MO #43901 | 6614 Clayton Rd., #320 |
| 420 Nichols Road, Suite 200 | St. Louis, Missouri 63117 |
| Kansas City, Missouri 64112 | Tel:    (314) 297-8385 |
| Tel:    (816) 221-7100 | Fax:    (816) 709-1044 |
| Fax:    (816) 709-1044 | dan@donelonpc.com |
| brendan@donelonpc.com | |
| | ATTORNEYS FOR PLAINTIFFS |

## Certificate of Service

Plaintiffs hereby certify that a true and correct copy of the foregoing was sent on January 10, 2017 to the following Defense counsel of record email addresses per the requirements of this Courts CM/ECF practices and procedures.

Trish Martin
Andrew C. Johnson
LITTLER MENDELSON, P.C.
One Metropolitan Square
211 North Broadway, Suite 1500
St. Louis, MO 63102
Telephone: 314.659.2000
Facsimile: 314.659.2099
pmartin@littler.com
anjohnson@littler.com

Attorneys for Defendant