IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEAK N SHAKE OPERATIONS, INC. (an Indiana Corporation)<br><br>    Defendant. | Case no.: 4:14-cv-1535 |

**PAINTIFFS' MOTION TO DISMISS DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT AS TO WOLFSHOEFER**

COMES NOW the Plaintiffs, on behalf of themselves and all others similarly situated, and hereby moves this Court for an order dismissing the Defendant's Motion for Summary Judgment as to the Claims of Katrina Wolfshofer (Doc. 158). Given the Court's December 22, 2017 order (Doc. 170) denying Defendant's Motion Decertify Plaintiffs' Conditional Certified FLSA Collective Action (Doc. 134), seeking summary judgment for an indiviual collective class member based on affirmative defenses Defendant asserts against the entire class is no longer appropriate, and is an attempt to circumvent the Court's order. In summary, give this Court's order, the Defendant's Motion is moot. Plaintiffs have filed a supporting memorandum.

WHEREFORE, the Plaintiffs respectfully request that this Court issue an order dismissing the Defendant's Motion for Summary Judgment as to the Claims of Katrina Wolfshofer (Doc. 158).

1

Respectfully submitted,



*/s/ Brendan J. Donelon*  
Brendan J. Donelon, MO #43901  
420 Nichols Road, Suite 200  
Kansas City, Missouri 64112  
Tel:   (816) 221-7100  
Fax:   (816) 709-1044  
brendan@donelonpc.com

Daniel W. Craig, MO #43883  
6614 Clayton Rd., #320  
St. Louis, Missouri 63117  
Tel:   (314) 297-8385  
Fax:   (816) 709-1044  
dan@donelonpc.com

ATTORNEYS FOR PLAINTIFFS

**Certificate of Service**

 Plaintiffs hereby certify that a true and correct copy of the foregoing was sent on January 16, 2018 to the following Defense counsel of record email addresses per the requirements of this Courts CM/ECF practices and procedures.

Trish Martin  
Andrew C. Johnson  
LITTLER MENDELSON, P.C.  
One Metropolitan Square  
211 North Broadway, Suite 1500  
St. Louis, MO 63102  
Telephone: 314.659.2000  
Facsimile: 314.659.2099  
pmartin@littler.com  
anjohnson@littler.com

Attorneys for Defendant

2