UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:14-cv-01535-JAR |
| STEAK N SHAKE OPERATIONS, INC., | ) ) | |
| Defendant. | ) ) ) | |

## MEMORANDUM AND ORDER

Following a conference with counsel,

**IT IS HEREBY ORDERED** that Defendant shall, no later than **Friday, June 29, 2018**, file with the Court its alternative trial plan and identify all persons it intends to call as witnesses at trial. Plaintiffs are entitled to depose any fact witness Defendant identifies whom it has not already deposed.

Dated this 10th day of April, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**