# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEAK N SHAKE OPERATIONS, INC., <br><br> Defendant. | Case No. 4:14-cv-01535-JAR |

## ORDER

This matter is before the Court on Defendant's Motions for Judgment as a Matter of Law (Docs. 310, 311), and Renewed Motion to Decertify (Doc. 321).  Based on the record made and for the reasons given in the Court's prior rulings on Defendant's Motion for Summary Judgment and Motion to Decertify (*see* Docs. 170, 260), the Court will deny the motions.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions for Judgment as a Matter of Law (Docs. 310, 311), and Renewed Motion to Decertify (Doc. 321), are **DENIED.**

Dated this 26th Day of February, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Case: 4:14-cv-01535-JAR   Doc. #:  325   Filed: 02/26/19   Page: 2 of 2 PageID #: 8237

2