## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEAK N SHAKE OPERATIONS, INC. (an Indiana Corporation) <br><br> Defendant. | Case no.: 4:14-cv-01535-JAR |

## JUDGMENT

This action came on for trial before a jury, Honorable John A. Ross, District Judge, presiding.  The issues having been duly tried and the jury having duly rendered its verdict:

**IT IS ORDERED AND ADJUDGED** pursuant to the verdict rendered by the jury that Defendant Steak N Shake Operations, Inc. owes $2,883,180.95 for overtime pay to the plaintiff Managers bringing claims in this matter under Missouri's wage laws (Rule 23 class).

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the verdict rendered by the jury that Defendant Steak N Shake Operations, Inc. owes $154,988.22 for overtime pay to the plaintiff Managers bringing claims in this matter under the Fair Labor Standards Act (FLSA class).

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs' allowable costs are assessed against Defendant Steak N Shake Operations, Inc.

I**T IS FURTHER ORDERED AND ADJUDGED** that plaintiffs shall recover from Defendant in these amounts, with post-judgment interest thereon as provided by law.

Dated this 28th Day of February, 2019.

                                                JOHN A. ROSS
                                                UNITED STATES DISTRICT JUDGE