UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEAK N SHAKE, INC (f/k/a STEAK N SHAKE OPERATIONS, INC), <br><br> Defendant. | Case No. 4:14-cv-01535-JAR |

## SECOND AMENDED JUDGMENT

This action came on for trial before a jury, Honorable John A. Ross, District Judge, presiding. The issues having been duly tried, the jury having duly rendered its verdict, and for the reasons set forth in the Memorandum and Order entered on this date and incorporated herein:

**IT IS ORDERED AND ADJUDGED** pursuant to the verdict rendered by the jury that Defendant Steak N Shake, Inc. (f/k/a Steak N Shake Operations, Inc.) owes $5,766,361.90 for overtime pay to the plaintiff Managers bringing claims in this matter under Missouri's wage laws (Rule 23 class).

**IT IS FURTHER ORDERED AND ADJUDGED** pursuant to the verdict rendered by the jury that Defendant Steak N Shake, Inc. (f/k/a Steak N Shake Operations, Inc.) owes $309,976.44 for overtime pay to the plaintiff Managers bringing claims in this matter under the Fair Labor Standards Act (FLSA class).

1

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs' attorney fees are assessed against Defendant Steak N Shake, Inc. (f/k/a Steak N Shake Operations, Inc.) in the amount of $1,576,220.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs' costs are assessed against Defendant Steak N Shake, Inc. (f/k/a Steak N Shake Operations, Inc.) in the amount of $40,219.49.

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiffs shall recover from Defendant in these amounts, with post-judgment interest thereon as provided by law.

Dated this 19th day of June, 2019.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE