# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case no.: 4:14-cv-1535 |
| vs. | ) ) | |
| STEAK N SHAKE, INC. (an Indiana Corporation) | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CORINNA CLENDENEN, and JENNIFER PICCOLOMINI, on behalf of themselves and others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case no.: 4:17-cv-01506 |
| vs. | ) ) | |
| STEAK N SHAKE, INC. (an Indiana Corporation) | ) ) ) | |
| Defendant. | ) | |

## *CONSENT* MOTION FOR
## APPROVAL OF GLOBAL CLASS SETTLEMENT

COME NOW, the Plaintiffs in the above captioned matters and hereby move this Court to enter an order granting approval of the parties' global Settlement Stipulation. In support of this Motion, the Plaintiffs have contemporaneously filed a supporting memorandum. The Defendant does not oppose this Motion.

1

WHEREFORE, for the reasons set forth in the supporting memorandum, Plaintiffs respectfully request that the Court grant their Consent Motion for Approval of Global Class Settlement and grant any other relief the Court deems just and proper.

Respectfully submitted,



/s/ Brendan J. Donelon
Brendan J. Donelon, MO #43901
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:    (816) 221-7100
Fax:    (816) 709-1044
brendan@donelonpc.com

Daniel W. Craig, MO #43883
6614 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:    (314) 297-8385
Fax:    (816) 709-1044
dan@donelonpc.com

ATTORNEYS FOR PLAINTIFFS

**Certificate of Service**

Plaintiffs hereby certify that a true and correct copy of the foregoing was sent on July 22, 2019 to the following Defense counsel of record email addresses per the requirements of this Courts CM/ECF practices and procedures.

Erin Williams
Rodney A. Harrison
Renee L. Duckworth
Mallory Stumpf
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314.802.3935
Facsimile: 314.802.3960
erin.williams@ogletree.com
Mallory.stumpf@ogletree.com
Rene.duckworth@ogletree.com
rodney.harrison@ogletree.com

Attorneys for Defendant