# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEAK N SHAKE, INC. (an Indiana Corporation) <br><br> Defendant. | Case no.: 4:14-cv-1535 |
| CORINNA CLENDENEN, and JENNIFER PICCOLOMINI, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STEAK N SHAKE, INC. (an Indiana Corporation) <br><br> Defendant. | Case no.: 4:17-cv-01506 |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES & SERVICE AWARDS

COME NOW the Plaintiffs, by and through designated Class Representatives Drake, Clendenen, Piccolomini and Smith, and designated class legal counsel, and hereby move this Court to enter an order approving Plaintiffs' request for attorneys' fees, expenses, and service awards.  In support of this Motion, Plaintiffs have contemporaneously filed a supporting memorandum.  Defendant does not oppose this Motion.

As stated in the supporting memorandum, Plaintiffs respectfully request that the Court approve the following disbursements from the common settlement fund for:

- Attorneys' fees in the amount of one-third the common settlement fund of $2,783,333.33;
- Litigation expenses of $257,678.00;
- Class settlement administration costs of $12,675.00; and,
- Service awards to the named-Plaintiff class representatives and certain participating class members of $56,000.00.

WHEREFORE, for the reasons set forth in the supporting memorandum, Plaintiffs respectfully request that the Court grant their Motion as delineated and grant any other relief the Court deems just and proper.

Respectfully submitted,

the law office of **DONELON, P.C.**  www.donelonpc.com

Brendan J. Donelon, MO #43901
420 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel:   (816) 221-7100
Fax:   (816) 709-1044
brendan@donelonpc.com

the law office of **DONELON, P.C.**  www.donelonpc.com

/s/ Daniel W. Craig
Daniel W. Craig, MO #43883
6614 Clayton Rd., #320
St. Louis, Missouri 63117
Tel:   (314) 297-8385
Fax:   (816) 709-1044
dan@donelonpc.com

ATTORNEYS FOR PLAINTIFFS

### Certificate of Service

Plaintiffs hereby certify that the foregoing was sent on July 22, 2019 to the email addresses for defense counsel of record per the requirements of this Court's CM/ECF practices and procedures.