# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SANDRA DRAKE and RANDY SMITH, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEAK N SHAKE OPERATIONS, INC. (an Indiana Corporation)<br><br>    Defendant. | Case no.: 4:14-cv-1535 |
| CORINNA CLENDENEN, and JENNIFER PICCOLOMINI, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>STEAK N SHAKE OPERATIONS, INC. (an Indiana Corporation)<br><br>    Defendant. | Case no.: 4:17-cv-01506 |

## PLAINTIFFS' *CONSENT* MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

COME NOW the Plaintiffs, on behalf of themselves and all others similarly situated, and hereby move this Court for an order permitting them to file certain Exhibits to Plaintiffs' *Memorandum in Support of Plaintiffs' Consent Motion for Approval of Global Class Action Settlement* (Doc. 365) and *Memorandum in Support of Plaintiffs' Unopposed Motion for Approval of Attorney's Fees, Expenses & Service Awards* (Doc. 367) under seal.  In particular, the Plaintiffs seek to file declarations from class counsel and their consulting expert.  These

1

declarations contain confidential and sensitive financial information provided during settlement negotiations.  The defendant is not opposed to this request.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an order permitting filing of the above documents under seal.

Respectfully submitted,



| | |
|---|---|
| */s/ Brendan J. Donelon* | Daniel W. Craig, MO #43883 |
| Brendan J. Donelon, MO #43901 | 6614 Clayton Rd., #320 |
| 4600 Madison, Suite 810 | St. Louis, Missouri 63117 |
| Kansas City, Missouri 64112 | Tel:    (314) 297-8385 |
| Tel:    (816) 221-7100 | Fax:   (816) 709-1044 |
| Fax:   (816) 709-1044 | dan@donelonpc.com |
| brendan@donelonpc.com | |
| | ATTORNEYS FOR PLAINTIFFS |

**Certificate of Service**

Plaintiffs hereby certify that a true and correct copy of the foregoing was sent on July 22, 2019 to the following Defense counsel of record email addresses per the requirements of this Courts CM/ECF practices and procedures.

Erin Williams
Rodney A. Harrison
Renee L. Duckworth
Mallory Stumpf
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C
7700 Bonhomme Avenue, Suite 650
St. Louis, MO 63105
Telephone: 314.802.3935
Facsimile: 314.802.3960
erin.williams@ogletree.com
Mallory.stumpf@ogletree.com
Rene.duckworth@ogletree.com
rodney.harrison@ogletree.com

Attorneys for Defendant

2